**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SEAN DAY, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED,**

      **Plaintiff,**

vs.

**SCOTT CLYMO, D/B/A EZ LOANS.BIZ,**

      **Defendant.**
_____/

CASE NO.: 6:13-CV-871-ORL-36KRS

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04 (c), I certify that the instant action:

_____ IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

_____
_____

__X__ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated this 20th day of June, 2013.

                                     **/s/ C. RYAN MORGAN**
                                     C. Ryan Morgan, Esq.
                                     FBN 0015527
                                     Morgan & Morgan, P.A.
                                     20 N. Orange Ave., 14th Floor
                                     P.O. Box 4979
                                     Orlando, FL 32802-4979
                                     Telephone:    (407) 420-1414

        Facsimile:    (407) 425-8171
        Email: RMorgan@forthepeople.com
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **SCOTT CLYMO, D/B/A EZ LOANS.BIZ** at 1228 Croftwood Drive, Melbourne, Florida 32935 this 20th day of June, 2013.

        **/s/ C. RYAN MORGAN**
        C. Ryan Morgan, Esq.