UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SEAN DAY,**

      **Plaintiff,**

v.                                                       Case No:  6:13-cv-871-Orl-36KRS

**SCOTT CLYMO,**
d/b/a EZ Loans.Biz

      **Defendant.**
_____/

## **O R D E R**

Before the Court is the Defendant's Motion to Dismiss the Complaint With Prejudice or in the Alternative to Compel Arbitration (Doc. 16).  Plaintiff filed a Response on July 15, 2013 (Doc. 17), in which he indicates that he does not oppose arbitration and agrees to the dismissal of this case, without prejudice, so that the parties can proceed to arbitration.   Upon consideration, after being fully advised in the premises, it is **ORDERED and ADJUDGED** as follows:

    1)    The Defendant's Motion to Dismiss the Complaint With Prejudice or in the Alternative to Compel Arbitration and Incorporated Memorandum of Law is **GRANTED** (Doc. 16), in part.

    2)    This cause is dismissed, without prejudice.

    3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida on August 12, 2013.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record