UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEAN DAY,

    Plaintiff,

v.                                           Case No:  6:13-cv-871-Orl-40KRS

SCOTT CLYMO d/b/a EZ LOANS.BIZ,

    Defendant.

## ORDER TO SHOW CAUSE

This cause comes before the Court on Plaintiff's Motion to Reopen Case and Continue Proceedings (Doc. 19), filed November 26, 2014.  Plaintiff represents that this case was dismissed without prejudice for the parties to pursue the matter in arbitration, but that Defendant has failed to arbitrate.  As a result, Plaintiff states that the American Arbitration Association terminated arbitration of this matter on October 28, 2014, leaving Plaintiff without recourse.  To date, Defendant has not responded to Plaintiff's motion to reopen the case.

Therefore, Defendant, Scott Clymo d/b/a EZ Loans.biz, is **ORDERED TO SHOW CAUSE** by written response filed **on or before February 5, 2015** why Plaintiff's Motion to Reopen Case and Continue Proceedings (Doc. 19) should not be granted.  Defendant's failure to respond within the time provided will result in the Court granting Plaintiff's motion without further notice.

**DONE AND ORDERED** in Orlando, Florida on January 22, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record