**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SEAN DAY,

        Plaintiff,

v.                                   Case No:  6:13-cv-871-Orl-40KRS

SCOTT CLYMO,

        Defendant.

_____/

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss the Plaintiffs' Request with Prejudice or in the Alternative to Compel Arbitration (Doc. 27) filed on April 20, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed June 3, 2015 (Doc. 45), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Motion to Dismiss the Plaintiffs' Request with Prejudice or in the Alternative to Compel Arbitration (Doc. 27) is **DENIED**.

3.     Defendant and counsel for Plaintiff are **DIRECTED** meet in person and confer within ten days from the date of this Order to prepare a Case Management Report

providing for trial of this case on or before the May 2016 trial term and file the report within

fifteen days of this Order.

     **DONE AND ORDERED** in Orlando, Florida on June 18, 2015.


PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties